UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:16-CV-81569-DMM

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

        Plaintiff,

v.

ILLUSTRATED PROPERTIES REAL
ESTATE INC., KATHLEEN S. MCLANE,
EMMY BUCKMAN, MAUREEN R. SMITH,
ROSE VASHA, GABRIEL VASHA,
JENNIFER HYLAND, and ROSE "DOLLY"
M. PETERS,

        Defendants.

## PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Plaintiff gives notice of the following related action pending in this Court:

- *Affordable Aerial Photography, Inc. v. Illustrated Properties Real Estate, Inc. et al.* Case No: 9:16-cv-80109-WPD, filed on January 5, 2016.

Plaintiff notifies the Court that these actions are related in that the plaintiffs are the same, two of the defendants are the same, and the defendants are all alleged to have infringed Plaintiff's copyright in real estate photographs.

DATED: September 12, 2016        Respectfully submitted,

                                      */s/ Joel B. Rothman*
                                      JOEL B. ROTHMAN
                                      Florida Bar Number: 98220
                                      joel.rothman@sriplaw.com
                                      JEROLD I. SCHNEIDER
                                      Florida Bar Number: 26975

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

jerold.schneider@sriplaw.com
KEVIN E. CUDLIPP
Florida Bar Number: 112433
kevin.cudlipp@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff Affordable Aerial Photography, Inc.*