UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

v.

ILLUSTRATED PROPERTIES REAL ESTATE INC., KATHLEEN S. MCLANE, EMMY BUCKMAN, MAUREEN R. SMITH, ROSE VASHA, GABRIEL VASHA, JENNIFER HYLAND, and ROSE "DOLLY" M. PETERS,

      Defendants.

Case No.: 9:16-cv-81569-WPD
**LEAD CASE**

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

v.

ILLUSTRATED PROPERTIES REAL ESTATE INC., FRANCHESCA FLORA, MARILYN DIANE PEIRCE, SUZANNE N. STOLL, SHAWNA LYNN BEDFORD, KATHLEEN S. MCLANE, and GEORGE TAMASI,

      Defendants.

Case No 9:16-cv-80109-WPD

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT**

Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the parties jointly request that the Court enter the proposed Stipulated Protective Order and Confidentiality Agreement, a copy of which is attached as "Exhibit A." This case involves production of information and documents that the producing parties contend constitute confidential information for which general dissemination would cause significant harm. The parties therefore submit that good cause exists for entry of an order to protect the confidentiality of certain documents and information produced in this litigation. The parties further provide the following in support of this joint motion:

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

1. The parties agree that the entry of the Stipulated Protective Order and Confidentiality Agreement will assist the parties in the exchange of documents and information.

2. This joint motion and the Stipulated Protective Order and Confidentiality Agreement shall not abrogate or diminish any pre-existing contractual, statutory, or other legal obligation or right of any party with respect to any information.

3. Nothing in this joint motion and Stipulated Protective Order and Confidentiality Agreement shall preclude a party from seeking and obtaining from the Court such additional protection with respect to the confidentiality of the information as the party may deem appropriate.

## Certificate of Compliance with Local Rule 3.01(g)

Pursuant to Local Rule 7.1(a)(3), the parties in good-faith conferred and agreed upon the filing of this joint motion.

Dated: March 8, 2017                                     Respectfully submitted,

*/s/ Joel B. Rothman*                                         */s/ Rebecca J. Williams*
JOEL B. ROTHMAN                                         DALE L. FRIEDMAN
Florida Bar Number: 98220                              Florida Bar Number: 854646
joel.rothman@sriplaw.com                               dfriedman@conroysimberg.com
JEROLD I. SCHNEIDER                                    REBECCA J. WILLIAMS
Florida Bar Number: 26975                              Florida Bar Number: 403733
jerold.schneider@sriplaw.com                           rwilliams@conroysimberg.com
KEVIN E. CUDLIPP
Florida Bar Number: 112433                             CONROY SIMBERG
kevin.cudlipp@sriplaw.com                              3440 Hollywood Boulevard
                                                       Second Floor
SCHNEIDER ROTHMAN INTELLECTUAL                         Hollywood, FL  33021
PROPERTY LAW GROUP, PLLC                               954.961.1400 – Telephone
4651 North Federal Highway                             954.518.8652 – Facsimile
Boca Raton, FL  33431                                  *Attorneys for Defendants*
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 8, 2017, a true and correct copy of the foregoing document was sent via electronic mail from the Court's CM/ECF System to all parties listed below on the Service List.

/s/ Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Dale L. Friedman
Rebecca J. Williams
**CONROY SIMBERG**
3440 Hollywood Boulevard
Second Floor
Hollywood, FL  33021
954.961.1400 – Telephone
954.518.8652 – Facsimile
dfriedman@conroysimberg.com
rwilliams@conroysimberg.com
*Attorneys for Defendants*