**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case Nos. 9:16-cv-80109 and 9:16-cv-81569**

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

v.

ILLUSTRATED PROPERTIES REAL ESTATE INC.,    Case No 9:16-cv-80109-WPD
FRANCHESCA FLORA, MARILYN DIANE PEIRCE,
SUZANNE N. STOLL, SHAWNA LYNN BEDFORD,
KATHLEEN S. MCLANE, and GEORGE TAMASI,

      Defendants.

---

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

v.

ILLUSTRATED PROPERTIES REAL ESTATE INC.,    Case No.: 9:16-cv-81569-WPD
KATHLEEN S. MCLANE, EMMY BUCKMAN,
MAUREEN R. SMITH, ROSE VASHA, GABRIEL
VASHA, JENNIFER HYLAND, and ROSE "DOLLY"
M. PETERS,

      Defendants.

---

## DECLARATION OF ROBERT STEVENS

    I, ROBERT STEVENS, state the following:

    1.    I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

    2.    I am the president of Affordable Aerial Photography, Inc. ("AAP"). I am a professional photographer specializing in high-end real estate photography for real estate brokers and agents in Palm Beach County.

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

3.      I am making this Declaration to show the Court instances of continued copying, distributing, and displaying of my copyrighted works by the Defendant, Illustrated Properties Real Estate, Inc. ("Illustrated"), after the preliminary injunction [D.E. 55] dated February 3, 2017 was entered.

4.      Attached as Exhibit 1 hereto is a true and correct copy of the MLS listing RX-10282397 for the sale of the property located at 750 Ocean Royale Way 1004, Juno Beach, FL printed on April 21, 2017. The MLS listing was posted by Rose Vasha on November 10, 2016 and contains 46 photos, one of which is AAP's Ocean Royale Work and indicated by highlight in the Exhibit attached hereto.  Rose Vasha and Illustrated did not have authority to use the Ocean Royale Work in this MLS listing. The copyrighted Ocean Royale Work was not removed after the preliminary injunction was entered and AAP's photograph is still in the MLS listing.

5.      Attached as Exhibit 2 hereto is a true and correct copy of the MLS listing RX-10214442 for the sale of the property located at 700 Ocean Royale Way 1004 Juno Beach, FL printed on December 18, 2016.  The MLS listing was posted by Rose Vasha on March 7, 2016 and contains 42 photos, one of which is AAP's Ocean Royale Work and indicated by highlight in the Exhibit attached hereto.  Rose Vasha and Illustrated did not have authority to use the Ocean Royale Work in this MLS listing. The copyrighted Ocean Royale Work was not removed after the preliminary injunction was entered and AAP's photograph is still in the MLS listing.

6.      Attached as Exhibit 3 hereto is a true and correct copy of the MLS listing RX-10005111 for the sale of the property located at 2155 Ibis Isle Rd 0010, Palm Beach, FL printed on December 21, 2016.  The MLS listing was created by Suzanne Stoll on January 2, 2014 and contains 39 photos, two of which are AAP's Ibis Isle Work and indicated by highlight in the Exhibit attached hereto.  Suzanne Stoll and Illustrated did not have authority to use the Ibis Isle

2

Work in this MLS listing. The copyrighted Ibis Isle Work was not removed after the preliminary injunction was entered and AAP's photograph is still in the MLS listing.

7.     Attached as Exhibit 4 hereto is a true and correct copy of the MLS listing RX-10311458 for the rental of the property located at 700 Ocean Royale Way 1004 Juno Beach, FL printed on March 1, 2017.  The MLS listing was posted by Rose Vasha on February 24, 2017 and contains 42 photos, two of which are AAP's Ocean Royale Work and indicated by highlight in the Exhibit attached hereto.  Rose Vasha and Illustrated did not have authority to use the Ocean Royale Work in this MLS listing. The copyrighted Ocean Royale Work was not removed after the preliminary injunction was entered and AAP's photograph is still in the MLS listing.

8.     Attached as Exhibit 5 hereto is a true and correct copy of the MLS listing RX-10314685 for the sale of the property located at 750 Ocean Royale Way 303 Juno Beach, FL printed on March 23, 2017.  The MLS listing was posted by Rose Vasha on March 8, 2017 and contains 35 photos, two of which are AAP's Ocean Royale Work and indicated by highlight in the Exhibit attached hereto.  Rose Vasha and Illustrated did not have authority to use the Ocean Royale Work in this MLS listing. The copyrighted Ocean Royale Work was only removed from the MLS listing on April 28, 2017 after Illustrated was confronted with the infringement in deposition on April 25, 2017.

9.     Attached as Exhibit 6 hereto is a true and correct copy of page 14 from the March 2017 issue of *The Real Estate Book* for Palm Beach County, Volume 29, Issue 3, featuring an advertisement for a new listing at 750 Ocean Royale Way 602 Juno Beach, FL.  The listing broker is Illustrated and the listing agents are Rose and Gabriel Vasha.  The advertisement features AAP's Ocean Royale Work. Rose and Gabriel Vasha and Illustrated did not have authority to use the Ocean Royale Work in this advertisement.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

10.     Attached as Exhibit 7 hereto is a true and correct copy of page 14 from the April 2017 issue of *The Real Estate Book* for Palm Beach County, Volume 29, Issue 4, featuring an advertisement for a new listing at 750 Ocean Royale Way 602 Juno Beach, FL.  The listing broker is Illustrated and the listing agents are Rose and Gabriel Vasha.  The advertisement features AAP's Ocean Royale Work. Rose and Gabriel Vasha and Illustrated did not have authority to use the Ocean Royale Work in this advertisement.

11.     Attached as Exhibit 8 hereto is a true and correct copy of Rose Vasha's web page within Illustrated's website at the domain www.rosevasha.ipre.com as it appeared on April 21, 2017.  The website contains four of AAP's Ocean Royale Works posted in connection with three of the featured properties; listings for rental and sale of properties located at 700 Ocean Royale Way 1004, 750 Ocean Royale Way 1004, and 750 Ocean Royale Way 303. Rose Vasha and Illustrated did not have authority to use the Ocean Royale Works on this web page. The photographs are still available on the web page.

12.     Attached as Exhibit 9 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/Qptyldj2tfU on November 10, 2016.  The video displays one photograph of AAP's Ocean Royale Work for 19 seconds.  Illustrated and Rose Vasha did not have authority to use my Ocean Royale Work in this video. The video is still available on YouTube to date.

13.     Attached as Exhibit 10 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/osUFYNQU_3g on February 25, 2017.  The video displays one photograph of AAP's Ocean Royale Work for 7 seconds.  Illustrated and Rose Vasha did not have authority to use the Ocean Royale Work in this video. The video is still available on YouTube to date.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

14.     Attached as Exhibit 11 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/FuIYLJkC5dg on March 8, 2017.  The video displays four photographs of AAP's Ocean Royale Works for 50 seconds.  Illustrated and Rose Vasha did not have authority to use the Ocean Royale Work in this video. The video is still available on YouTube to date.

15.     Attached as Exhibit 12 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel.  The video displays twenty photographs of AAP's Ocean Trail Works for two minutes 33 seconds.  Illustrated and Kathy McLane did not have authority to use the Ocean Trail Works in this video. The video was available at www.kathymclane.com/ocean-trail and youtube.com as of April 25, 2017 but has since been removed.

16.     Attached as Exhibit 13 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/AOF0ol92rsM on September 8, 2014.  The video displays two photographs of AAP's Ocean Trail Works. Illustrated and Kathy McLane did not have authority to use the Ocean Trail Works in this video. The video was available as of April 29, 2017 but has since been removed.

17.     Attached as Exhibit 14 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/FoNS5gh_xIA on November 14, 2015.  The video displays one photograph of AAP's Ocean Trail Work for 26 seconds.  Illustrated and Kathy McLane did not have authority to use the Ocean Trail Work in this video. The video is still available on YouTube to date.

18.     Attached as Exhibit 15 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/EzPzcFI9CBQ on

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

June 10, 2015.  The video displays seven photographs of AAP's Ocean Trail Works for 38 seconds.  Illustrated and Kathy McLane did not have authority to use the Ocean Trail Work in this video. The video is still available on YouTube to date.

19.     Attached as Exhibit 16 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/2myCnjxLHvI on September 19, 2015.  The video displays two photographs of AAP's Connemara Works for 15 seconds.  Illustrated and Marilyn Peirce did not have authority to use the Connemara Work in this video. The video is still available on YouTube to date.

20.     Attached as Exhibit 17 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/n_zj94eubJI on October 7, 2015.  The video displays one photograph of AAP's Connemara Works for 7 seconds. Illustrated and Marilyn Peirce did not have authority to use the Connemara Work in this video. The video is still available on YouTube to date.

21.     Attached as Exhibit 18 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/xtNqVClAg9U on January 8, 2016.  The video displays two photographs of AAP's Connemara Works for 15 seconds.  Illustrated and Marilyn Peirce did not have authority to use the Connemara Work in this video. The video is still available on YouTube to date.

22.     Attached as Exhibit 19 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/EqrBQOaewD0 on January 13, 2017. The video displays one photograph of AAP's Martinique Works for 7 seconds. Illustrated and Marilyn Peirce did not have authority to use the Martinique Work in this video. The video is still available on YouTube to date.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

23.     Attached as Exhibit 20 hereto is a true and correct copy of screenshots from a YouTube video posted on Illustrated's YouTube Channel at https://youtu.be/fKNygVPsnZo on March 19, 2015.  The video displays three photographs of AAP's Connemara Works for 21 seconds.  Illustrated and Marilyn Peirce did not have authority to use the Connemara Work in this video. The video is still available on YouTube to date.

24.     Attached as Exhibit 21 hereto is a true and correct copy of screenshots from Marilyn Peirce's web page at the domain www.singerislandproperties.com as it appeared on May 8, 2017.  The web page displays and makes available for download four photographs of AAP's Martinique Work, Oasis Work, and Resort at Singer Island Work on pages dedicated to each building.  Illustrated and Marilyn Peirce did not have authority to use AAP's Works on this web page. The photographs are still displayed and available for download on Marilyn Peirce's web page.

25.     Attached as Exhibit 22 hereto is a true and correct copy of the MLS listing RX-10298247 for the sale of the property located at 4000 N. Ocean Drive #401 Singer Island, FL printed on May 2, 2017.  The MLS listing was posted by Marilyn Peirce on January 12, 2017 and contains 45 photos, one of which is AAP's Martinique Work and indicated by highlight in the Exhibit attached hereto.  Marilyn Peirce and Illustrated did not have authority to use the Martinique Work in this MLS listing. The copyrighted Martinique Work was not removed after the preliminary injunction was entered and AAP's photograph is still in the MLS listing.

26.     Attached as Exhibit 23 hereto is a true and correct copy of screenshots from Kathy McLane's web page at the domain www.kathymclane.com/for_rent as it appears today. The web page displays three photographs from AAP's Ocean Trail Works in connection with a listing for the sale of the property located at 100 Ocean Trail 210 Jupiter, FL.  Illustrated and

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

Kathy McLane did not have authority to use the Ocean Trail Works on this web page.  The photographs are still available on the web page.

27.     Attached as Exhibit 24 hereto is a true and correct copy of the May 2017 issue of *The Real Estate Book* for Palm Beach County, Volume 29, Issue 5, featuring an advertisement for a new listing at 750 Ocean Royale Way 602 Juno Beach, FL.  The listing broker is Illustrated and the listing agents are Rose and Gabriel Vasha.  The advertisement features AAP's Ocean Royale Work. Rose and Gabriel Vasha and Illustrated did not have authority to use the Ocean Royale Work in this advertisement.

28.     Attached as Exhibit 25 hereto is a true and correct copy of the MLS listing RX-10293999 for the sale of the property located at 12414 Indian Road, North Palm Beach, FL printed on April 30, 2017.  The MLS listing was posted by Andrew Russo on December 26, 2016 and contains 37 photos, one of which is AAP's Juno Beach Work and indicated by highlight in the Exhibit attached hereto.  Andrew Russo and Illustrated did not have authority to use the Juno Beach Work in this MLS listing. Upon information and belief Andrew Russo is bound by the terms of the injunction. The photo was removed on May 3, 2017 only after I contacted the Realtors' Association of the Palm Beaches and demanded it be taken down.

29.     Attached as Exhibit 26 hereto is a true and correct copy of a screenshot from Marilyn Peirce's web page within Illustrated's website at the domain www.marilynpeirce.ipre.com as it appeared on May 8, 2017.  The website contains one photograph of AAP's Martinique Work in connection with a listing for the sale of the property located at 4000 N. Ocean Drive #401 Singer Island, FL.  Illustrated and Marilyn Peirce did not have authority to use the Martinique Work on this web page.  The photograph is still available on the web page.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

30.     Attached as Exhibit 27 hereto is a true and correct copy of screenshots from a YouTube video posted on YouTube at https://youtu.be/HdDHK03lCX4 on November 7, 2011. The video displays one photograph of AAP's Jupiter Lighthouse Work for 5 seconds. Illustrated did not have authority to use the Jupiter Lighthouse Work in this video. The video is still available on YouTube to date.

31.     Attached as Exhibit 28 hereto is a true and correct copy of screenshots from Andrew Russo's web page at the domain www.jupiterpropertysearch.com/ocean-trail as it appears today.  The web page displays three photographs from AAP's Ocean Trail Works in connection with three listings for the sale of the properties at 100 Ocean Trail Way 1004, 300 Ocean Trail Way 104, and 200 Ocean Trail Way 1207 Jupiter, FL. Illustrated and Andrew Russo did not have authority to use the Ocean Trail Works on this web page.  The photographs are still available on the web page.

32.     Attached as Exhibit 29 hereto is a true and correct copy of screenshots from Andrew Russo's web page at the domain www.jupiterpropertysearch.com as it appeared on May 2, 2017.  The web page displayed one photograph from AAP's Juno Beach Work in connection with the listing for the sale of the property located at 12414 Indian Road, North Palm Beach, FL. Illustrated and Andrew Russo did not have authority to use the Juno Beach Works on this web page. The photographs are no longer available on the web page.

33.     Attached as Exhibit 30 hereto is a true and correct copy of screenshots from Andrew Russo's web page at the domain www.jupiterpropertysearch.com/Heritage-Oaks as it appears today.  The web page displayed three photographs from AAP's Heritage Oaks Works in connection with three listings for the sale of properties at 18265 SE Heritage Dr., 18117 SE Laurel Leaf Ln., and 9930 Mahogany Way Tequesta, FL.  Illustrated and Andrew Russo did not

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

Juno Beach Works on this web page. The photographs are no longer available on the web page.

33.     Attached as Exhibit 30 hereto is a true and correct copy of screenshots from Andrew Russo's web page at the domain www.jupiterpropertysearch.com/Heritage-Oaks as it appears today.  The web page displayed three photographs from AAP's Heritage Oaks Works in connection with three listings for the sale of properties at 18265 SE Heritage Dr., 18117 SE Laurel Leaf Ln., and 9930 Mahogany Way Tequesta, FL. Illustrated and Andrew Russo did not have authority to use the Heritage Oaks Works on this web page.  The photographs are still available on the web page.

34.     Attached as Exhibit 31 hereto is a true and correct copy of screenshots from Andrew Russo's web page at the domain www.jupiterpropertysearch.com/Martinique-At-Abacoa as it appears today.  The web page displayed two photographs from AAP's Martinique at Abacoa Works in connection with the listing for the sale of the property located at 3317 E Community Dr. Jupiter, FL.  Illustrated and Andrew Russo did not have authority to use the Martinique at Abacoa Works on this web page.  The photographs are still available on the web page.

I swear or affirm that the foregoing is true and correct under penalties of perjury.

Dated: May 30, 2017

Robert Stevens

11

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431